```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VIOLAINE GALLAND,

                Plaintiff,        11 Civ. 05776 (DF)

   -against-                          **ORDER OF**
                                     **DISCONTINUANCE**

MISYS INC. et al.,

               Defendant.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having been informed that the parties have reached an agreement in principle to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is hereby ORDERED that:

This action be, and hereby is, discontinued with prejudice and without costs, provided, however, that within 30 days of the date of this Order, if the parties' written documentation of the settlement is not completed, Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

Dated: New York, New York
         April 18, 2012

                                                  SO ORDERED

                                                  _____
                                                  DEBRA FREEMAN
                                                  United States Magistrate Judge

Copies to:

Violaine Galland
166 West 75th Street Apt. 1214
New York, NY 10023

Louis P. DiLorenzo
Michael Patrick Collins
Bond, Schoeneck & King, PLLC
330 Madison Ave, 39th Floor
New York, NY 10017